# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer                    Direct Dial: 212-210-9420                    Email: jenny.kramer@alston.com

August 23, 2022

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *S.E.C. v. Rosenberger, et al.*
               Case No. 22-cv-4736-DLC

Dear Judge Cote:

      We write on behalf of Karen Rosenberger regarding the Notice of Pretrial Conference scheduling a pretrial conference for August 29, 2022. (ECF 20.) We respectfully request an adjournment of the conference because of travel that was previously planned on that date.

      All parties have agreed to this request. Counsel for the parties are available to adjourn this conference to the following succeeding Fridays: September 23, 30, and October 7. Counsel for the parties are also available on September 6, 28, and 29, and October 3, 10, and 11, if one of those dates is more convenient for the Court. Counsel for the Securities and Exchange Commission are not available from September 8 through September 21.

      We appreciate Your Honor's attention to this request and are available at the Court's convenience.

*The conference is adjourned to September 30 at 2:30 pm.*

*[signature] Denise Cote
8/24/22*

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9420
Jenny.Kramer@alston.com

*Attorney for Defendant Karen Rosenberger*