```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                          Plaintiff,     :    22cv4736 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
KAREN ROSENBERGER and JOANNA LANNI,      :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 28, 2022, the plaintiff filed a motion to strike certain exhibits submitted by defendant Rosenberger in support of her motion to dismiss. Accordingly, it is hereby

ORDERED that any opposition to this motion shall be filed concurrently with Rosenberger's reply to the motion to dismiss on November 18, 2022.

Dated:   New York, New York
         November 2, 2022

```
                              _____
                                     DENISE COTE
                              United States District Judge
```