UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

-v-

KAREN ROSENBERGER and JOANNA LANNI,

            Defendants.

CIVIL ACTION NO.: 22 Civ. 4736 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the parties' request, the settlement conference scheduled for August 22, 2023 is CANCELLED.

Dated:     New York, New York
            August 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**