UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,       :   22cv4736 (DLC)
                                         :
                         Plaintiff,       :   ORDER
                                         :
            -v-                          :
                                         :
KAREN ROSENBERGER and JOANNA LANNI,       :
                                         :
                         Defendants.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On January 17, 2024, counsel for the Securities and Exchange Commission submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for over sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         January 17, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge