```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv4736 (DLC)
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :         ORDER
                              Plaintiff,  :
                                          :
             -v-                          :
                                          :
KAREN ROSENBERGER and JOANNA LANNI,       :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of January 26, 2024 granted the SEC's motion for partial summary judgment. Accordingly, it is hereby

ORDERED that a status conference is scheduled for February 16, 2024 at 2:00 P.M. in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         January 29, 2024

                              _____
                                     DENISE COTE
                              United States District Judge