# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer        Direct Dial: 212-210-9420        Email: jenny.kramer@alston.com

January 29, 2024

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *S.E.C. v. Rosenberger, et al.*
              Case No. 22-cv-4736-DLC

Dear Judge Cote:

    We write on behalf of Karen Rosenberger regarding the status conference that has been scheduled in this matter on February 16, 2024. *See* ECF 200. With the consent of all the parties, we respectfully request an adjournment of the conference because of international business travel that was previously planned on that date.

    If the Court prefers to keep the conference on a Friday schedule, the parties are available to adjourn this conference to March 1, 2024. The parties are also available on March 4, 2024. Counsel for the Securities and Exchange Commission are not available on March 15, 2024.

    This is the parties' first request to adjourn the February 16, 2024 status conference. This request does not affect any other scheduled dates in this action.

    We appreciate Your Honor's attention to this request and are available at the Court's convenience.

*[Handwritten: The conference is adjourned to 3/4/24 at 2:00 p.m.*

*Denise Cote*
*1/30/24]*

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9420
Jenny.Kramer@alston.com

*Attorney for Karen Rosenberger*