```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :    22cv4736 (DLC)
                                           :
                        Plaintiff,         :         ORDER
                                           :
                -v-                        :
                                           :
KAREN ROSENBERGER and JOANNA LANNI,        :
                                           :
                        Defendants.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 5, 2024, defendants Karen Rosenberger and Joanna Lanni jointly moved for a certificate of appealability from this Court's January 26 Opinion and Order granting the SEC's motion for partial summary judgment. It is hereby

ORDERED that the SEC shall any opposition to the defendants' motion by February 19, 2024. The plaintiff's reply, if any, shall be filed by February 26. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 6, 2024

                                    _____
                                             DENISE COTE
                                    United States District Judge