```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 SECURITIES AND EXCHANGE COMMISSION,      :
                                          :
                         Plaintiff,       :    22cv4736(DLC)
                                          :
                   -v-                    :    ORDER
                                          :
 KAREN ROSENBERGER and JOANNA LANNI,      :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 9, the defendants filed motions for reconsideration of an Opinion dated January 26, 2024. It is hereby

ORDERED that the Securities and Exchange Commission shall file its opposition to the motions by March 4. Defendants' replies, if any, must be filed by March 18. At the time any reply is served, the moving parties shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 12, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge