UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :    22cv4736 (DLC)
              Plaintiff,               :
                                       :    ORDER
     -v-                               :
                                       :
KAREN ROSENBERGER and JOANNA LANNI,    :
                                       :
              Defendants.              :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   On April 8, 2024, the Securities and Exchange Commission ("SEC") filed a letter informing the Court of its intention to file a motion for relief on its claims against Karen Rosenberger ("Rosenberger"). Rosenberger's motion for certification of an interlocutory appeal will be fully submitted on May 1. Accordingly, it is hereby

ORDERED the SEC's motion for relief as to Rosenberger shall be filed by May 8, 2024. Rosenberger's opposition shall be filed by May 29. The SEC's reply, if any, shall be filed by June 12. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 8, 2024

                                              DENISE COTE
                                  United States District Judge