```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :    22cv4736 (DLC)
                            Plaintiff,  :
                                        :         ORDER
             -v-                        :
                                        :
KAREN ROSENBERGER and JOANNA LANNI,     :
                                        :
                            Defendants. :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Securities and Exchange Commission's ("SEC") letter of April 8, 2024, it is hereby

ORDERED that the SEC and defendant Karen Rosenberger are instructed to contact the chambers of Magistrate Judge Sarah L. Cave prior to **April 12, 2024** in order to schedule settlement discussions under her supervision to occur in **April 2024**.

Dated:   New York, New York
         April 8, 2024

_____
DENISE COTE
United States District Judge