```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                         Plaintiff,      :    22cv4736 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
KAREN ROSENBERGER and JOANNA LANNI,      :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court having been informed that the parties have reached a settlement in principle, it is hereby

ORDERED that the parties shall submit their settlement agreement to this Court by **June 14, 2024**.

Dated:   New York, New York
         May 16, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge