UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

  -v-                                         CIVIL ACTION NO. 22 Civ. 4736 (DLC) (SLC)

KAREN ROSENBERGER,                            **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that they have reached a settlement in principle, the settlement conference scheduled for May 23, 2024 (ECF No. 237) is CANCELLED.

Dated:        New York, New York
               May 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**