UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 22cv4736 (DLC) |
| -v- | : | ORDER |
| KAREN ROSENBERGER and JOANNA LANNI, | : | |
| Defendants. | : | |

---------------------------------------X

DENISE COTE, District Judge:

On July 13, 2026, the plaintiff filed a motion to establish the Rosenberger and Lanni Fair Fund and to transfer all assets of the Fund to the Synchronoss Fair Fund for distribution to harmed investors. Accordingly, it is hereby

ORDERED that the parties shall file any opposition to the motion by **July 21, 2026.**

Dated: New York, New York
July 14, 2026

DENISE COTE
United States District Judge